# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| JOSEPH EUGENE RECHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. 04-4315-CV-C-FJG-SSA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees

Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 15).

Plaintiff has requested reimbursement in the amount of $ 4,734.68 for attorney and

paralegal fees which represents 32.05 hours at the rate of $140.00 per hour, plus

expenses of $ 247.68. Defendant states that after discussions with plaintiff's counsel

they have agreed to an award of attorney fees in the amount of $4,487.00 and for

reimbursement of the $150.00 filing fee from the Judgment Fund administered by the

United States Treasury.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is

**GRANTED** and counsel shall be awarded payment of $ 4,487.00 in attorney fees and

and $150.00 in costs. The check shall be made payable to Plaintiff's counsel.


Date:   September 12, 2005                    **S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri                         Fernando J. Gaitan Jr.
                                              United States District Judge