IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| JOSEPH EUGENE RECHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-4315-CV-C-FJG-SSA |
| JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration | ) |
| Defendant. | ) |

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that

plaintiff's application for attorney fees is **GRANTED** and counsel shall be awarded payment of $ 4,487.00 in attorney fees and $150.00 in costs.

| | |
|---|---|
| September 12, 2005 | Patricia L. Brune |
| Date | Clerk |
| | |
| | /s/ Rhonda Enss |
| | (by) Deputy Clerk |